UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:11-CR-0025-LRH-VPC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BEATRICE TOMAYA-CRUZ, ) | |
| ) | |
| Defendant. ) | |

ORDER

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within seven (7) days of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of the date of this Order. The defendant's "A" number is __A077 149-437__.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security and Immigration and Customs Enforcement (DHS/ICE), Reno, Nevada.

DATED this 10th day of February, 2011.

_____
VALERIE P. COOKE;
UNITED STATES MAGISTRATE JUDGE